In the Matter of the Estate of JOHN J. MONTGOMERY, Deceased.

ROBERT W. MONTGOMERY et al., Appellants; IDA L. MONTGOMERY, Individually and as Administratrix with the Will Annexed of the Estate of HARRY C. MONTGOMERY, Deceased, et al., Respondents.

Argued February 28, 1940; decided March 15, 1940.

*Sebastian P. Caputi* for appellants.

*Eugene Morgan Hawkins* and *Frederic A. Behrens* for Ida L. Montgomery, as administratrix, respondent.

*James E. Bennett, Jr.*, for National City Bank of New York, as executor and trustee of John J. Montgomery, deceased, respondent.

Order affirmed, with costs payable out of the estate. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.